IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS GUIL ZAYAS-CINTRON, | : | Civil No. 3:23-cv-1081 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| C.O. HICKS, MS. GOSS, C.O. FIENI, LT. CAMPBELL, C.O. FIGARD, KERI MOORE, J. RIVELLO, LT. S. GRASSMYER, LT. J. CORLEY, CAPT. A. EBERLING, CAPT. K. STEVENS, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 30th day of January, 2024, upon consideration of Defendants' motion (Doc. 15) to dismiss, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 15) is **GRANTED**. The complaint is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge